UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELENCIA WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>KINDRED HEALTHCARE, INC., et al.,<br><br>    Defendants. | Case No.  15-cv-04528-KAW<br><br>ORDER TO SHOW CASE FOR FAILURE TO APPEAR AT CASE MANAGEMENT CONFERENCE |

On January 12, 2016, the Court held a case management conference, where Plaintiff's counsel, Daniel L. Feder, did not appear.

Accordingly, counsel for Plaintiff is ORDERED TO SHOW CAUSE, in writing, by no later than January 19, 2016, why he should not pay monetary sanctions in the amount of $500 for his failure to appear at the case management conference.

IT IS SO ORDERED.

Dated: 01/14/2016

_____
KANDIS A. WESTMORE
United States Magistrate Judge