UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELENCIA WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>KINDRED HEALTHCARE, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-04528-KAW<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AT CASE MANAGEMENT CONFERENCE |

On January 12, 2016, the Court held a case management conference, where Plaintiff's counsel, Daniel L. Feder, did not appear. As a result, the Court ordered Mr. Feder to show cause, in writing and by no later than January 19, 2016, why he should not pay monetary sanctions in the amount of $500 for his failure to appear at the case management conference. Mr. Feder filed a timely response. Accordingly, the order to show cause is hereby DISCHARGED. Counsel will face sanctions for any future non-appearances in this case.

IT IS SO ORDERED.

Dated: 02/03/2016

_____
KANDIS A. WESTMORE
United States Magistrate Judge