
```
 1  Daniel L. Feder, Esq. (SBN 130867)
    The Law Offices of Daniel Feder
 2  332 Pine Street, Suite 700
    San Francisco, California 94104
 3  Telephone: (415) 391-9476
    Facsimile: (415) 391-9432
 4  E-mail: danfeder@pacbell.net

 5  Attorneys for Plaintiff
    BELENCIA WASHINGTON
 6
    Robert M. Pattison (State Bar No. 103528)
 7  JACKSON LEWIS P.C.
    50 California Street, 9th Floor
 8  San Francisco, California 94111-4615
    Telephone: (415) 394-9400
 9  Facsimile: (415) 394-9401
    E-mail: pattisonr@jacksonlewis.com
10
    Attorneys for Defendants
11  KINDRED HEALTHCARE, INC. and
    KINDRED NURSING CENTERS WEST, LLC
12
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| BELENCIA WASHINGTON, an individual, | Case No. 4:15-cv-04528-KAW |
|---|---|
| Plaintiff, | **JOINT STIPULATION TO CONTINUE ADR SESSION DEADLINE TO AUGUST 15, 2016; [~~PROPOSED~~] ORDER** |
| v. | |
| KINDRED HEALTHCARE, INC., a Delaware Corporation; KINDRED NURSING CENTERS WEST, LLC, a limited liability Corporation, | Complaint Filed: 10/01/2015<br>Trial Date: None Set |
| Defendants. | |

Plaintiff BELENCIA WASHINGTON and Defendants KINDRED HEALTHCARE, INC. and KINDRED NURSING CENTERS WEST, LLC, by their undersigned counsel in the matter captioned above, hereby stipulate as follows:

WHEREAS, the parties had scheduled mediation with Jeff Ross for May 10, 2016, but due to a variety of scheduling conflicts the parties had to continue that date, and

---

1   WHEREAS, mediator Ross was not available again on a date also available to all parties
2   until August 3, 2016, and
3   WHEREAS, the parties have reserved August 3, 2016 with mediator Ross, and
4   WHEREAS, by Stipulation and Order Selecting ADR Process dated February 4, 2016, the
5   Court previously set an ADR session completion deadline of May 31, 2016 that the parties will
6   not be able to meet, and
7   WHEREAS, counsel for the respective parties have conferred and agree that because
8   under the circumstances a mediation session with the agreed mediator cannot be had by the
9   current May 31 deadline, that deadline should be continued accordingly, and
10   WHEREAS, each party supports this requested relief;
11   THEREFORE, the parties stipulate and request that the Court order:
12   1.   That the ADR session deadline of May 31, 2016 shall be continued to August 15,
13        2016, to allow the parties to participate in mediation as currently scheduled on
14        August 3, 2016;
15   2.   That all other pending deadlines shall remain unchanged.
16   SO STIPULATED.
17   Dated: June 2, 2016                              THE LAW OFFICES OF DANIEL FEDER

19                                           By:     *Daniel J. Feder* (signature)
                                                     Daniel Feder
20                                                   Attorneys for Plaintiff
                                                     BELENCIA WASHINGTON

22   Dated: June 2, 2016                              JACKSON LEWIS P.C.

24                                           By:     /s/
                                                     Robert M. Pattison
25                                                   Attorneys for Defendants
                                                     KINDRED HEALTHCARE SERVICES,
26                                                   INC. and KINDRED NURSING CENTERS
                                                     WEST, LLC
27   ///
28   ///

1 **[PROPOSED] ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.

4 Dated:   6/7/16

*Kandis Westmore*

The Honorable Kandis A. Westmore
United States Magistrate Judge

28 4811-3027-3330, v. 1