1  Daniel L. Feder (SBN 130867)
   THE LAW OFFICES OF DANIEL FEDER
2  332 Pine St., Ste .700
   San Francisco, CA  94104
3  Tel.:    (415) 391-9476
   Fax:    (415) 391-9432
4  E-mail:  danfeder@pacbell.net

5  Attorneys for Plaintiff
   BELENCIA WASHINGTON
6
   Robert M. Pattison (State Bar No. 103528)
7  JACKSON LEWIS P.C.
   50 California Street, 9th Floor
8  San Francisco, California  94111-4615
   Telephone:  (415) 394-9400
9  Facsimile:  (415) 394-9401
   E-mail:  pattisonr@jacksonlewis.com
10
   Attorneys for Defendants
11 KINDRED HEALTHCARE, INC. and
   KINDRED NURSING CENTERS WEST, LLC
12

13                  UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15

16 | BELENCIA WASHINGTON, an individual, | Case No.  4:15-cv-04528-KAW |
17 | Plaintiff, | **STIPULATION AND [PROPOSED]** |
   |            | **FEDERAL RULE OF EVIDENCE 502(d)** |
18 | v. | **ORDER** |
19 | KINDRED HEALTHCARE, INC., a | |
   | Delaware Corporation; KINDRED NURSING | Complaint Filed:  10/01/2015 |
20 | CENTERS WEST, LLC, a limited liability | Trial Date:  None Set |
   | Corporation, | |
21 | | |
22 | Defendants. | |

23  ///
24  ///
25  ///
26  ///
27  ///
28

                                      1
STIPULATION AND [PROPOSED] FEDERAL
RULE OF EVIDENCE 502(d) ORDER                    Case No.  4:15-cv-04528-KAW

To facilitate discovery in this matter, the parties respectfully request the Court enter the following order pursuant to Federal Rule of Evidence 502(d):

The production of privileged or work-product protected documents, electronically stored information ("ESI") or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d). Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

**IT IS SO STIPULATED.**

Dated: July 28, 2016                THE LAW OFFICES OF DANIEL FEDER

By: _____/s/_____
Daniel L. Feder
Attorneys for Plaintiff
BELENCIA WASHINGTON

Dated: July 28, 2016                JACKSON LEWIS P.C.

By: _____/s/_____
Robert M. Pattison
Attorneys for Defendants
KINDRED HEALTHCARE SERVICES, INC. and KINDRED NURSING CENTERS WEST, LLC

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: __7/28__, 2016                _____Kandis Westmore_____
Honorable Kandis A. Westmore
United States Magistrate Judge

4848-0666-0405, v. 1