Daniel Feder (SBN 130867)
LAW OFFICES OF DANIEL FEDER
332 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 391-9476
Facsimile: (415) 391-9432

Attorneys for Plaintiff,
BELENCIA WASHINGTON

# UNITED STATED DISTRICT COURT
# NORTHERN DISTRICT
# OF CALIFORNIA

| | |
|---|---|
| BELENCIA WASHINGTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KINDRED NURSING CENTERS WEST, LLC, a limited liability Corporation,<br><br>Defendants. | Case No. 4:15-CV-04528-KAW<br><br>**STIPULATED REQUEST FOR DISMISSAL AND [PROPOSED] ORDER**<br>AS MODIFIED |

Having completed their respective obligations under a written settlement agreement, Plaintiff BELENCIA WASHINGTON ("Plaintiff") and Defendant KINDRED NURSING CENTERS WEST, LLC ("Defendant") (collectively "the Parties"), by and through their respective counsel, hereby stipulate as follows:

1. The above-captioned action shall be dismissed with prejudice; and

2. Each party shall bear its own attorneys' fees and costs of suit.

**IT IS SO STIPULATED.**

DATED: March 24, 2017          Respectfully submitted,

THE LAW OFFICES OF DANIEL FEDER


By: /s/ Daniel L. Feder
    Daniel L. Feder

    Attorneys for Plaintiff
    BELENCIA WASHINGTON

DATED: March __, 2017          Respectfully submitted,

JACKSON LEWIS P.C.


By: /s/ Robert M. Pattison
    Robert M. Pattison

    Attorneys for Defendant
    KINDRED NURSING CENTERS WEST, LLC

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Daniel Feder, attest that concurrence in the filing of this stipulation has been obtained from the signatories, Daniel L. Feder, counsel for Plaintiff and Robert M. Pattison, counsel for Defendant KINDRED NURSING CENTERS WEST, LLC.

DATED: March 24, 2017          By: /s/ Daniel Feder
                                                            Daniel Feder

# [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, this action is hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. Because the parties filed the stipulation request, the Court discharges the April 6, 2017, Order to Show Cause.

IT IS SO ORDERED.

DATED: 4/24/17

*Kandis Westmore*
Honorable Judge Magistrate Judge
Kandis Westmore's
United States Northern District Judge